Dismissed and Memorandum Opinion filed December 23, 2003









Dismissed and Memorandum Opinion filed December 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01354-CR

NO. 14-03-01355-CR

____________

 

JUAN CARLOS MEDINA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
208th District Court

Harris County, Texas

Trial Court Cause Nos. 936,085 & 936,086

 



 

M E M O R A N D U M  
O P I N I O N

Appellant entered guilty pleas to aggravated sexual assault
of a child and indecency with a child. 
In accordance with the terms of a plea bargain agreement with the State,
on October 15, 2003, the trial court sentenced appellant to confinement for six
years in the Institutional Division of the Texas Department of Criminal
Justice.  Appellant filed a pro se notice
of appeal for both cases.  Because
appellant has no right to appeal, we dismiss. 









In each of these cases, the trial court entered a
certification of the defendant=s right to appeal in which the court certified that each is a
plea bargain case, and the defendant has no right of appeal.  See Tex.
R. App. P. 25.2(a)(2).  The trial court=s certifications are included in the
records on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeals.  

 

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed December 23, 2003.

Panel consists of Chief Justice
Hedges and Justices Anderson and Seymore.

Do Not Publish C Tex. R. App. P. 47.2(b).